B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kim, Do Young** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Kim, Houng Ju** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Y Kim** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Houng J. Kim; AKA Houng Kim** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0726** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4372** |
| Street Address of Debtor (No. and Street, City, and State):<br>**3951 Arthur Ave.**<br>**Lincolnwood, IL**<br>ZIP Code **60712** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2150 Valencia, #304**<br>**Northbrook, IL**<br>ZIP Code **60062** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kim, Do Young**<br>**Kim, Houng Ju** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** __/s/ C. DEAN MATSAS_____        __May 13, 2011__<br>Signature of Attorney for Debtor(s)        (Date)<br>**C. DEAN MATSAS** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kim, Do Young**<br><br>**Kim, Houng Ju** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**   **/s/ Do Young Kim**
Signature of Debtor  **Do Young Kim**

**X**   **/s/ Houng Ju Kim**
Signature of Joint Debtor **Houng Ju Kim**

Telephone Number (If not represented by attorney)

**May 13, 2011**
Date

### Signature of Attorney*

**X**   **/s/ C. DEAN MATSAS**
Signature of Attorney for Debtor(s)

**C. DEAN MATSAS**
Printed Name of Attorney for Debtor(s)

**C. DEAN MATSAS & ASSOCIATES**
Firm Name

**5153 N. BROADWAY**
**CHICAGO, IL 60640**

Address

**Email: CDMATSAS@MATSASLAW.COM**
**773-907-9600  Fax: 773-907-9609**
Telephone Number

**May 13, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Do Young Kim**
       **Houng Ju Kim**                               Case No. _____

                                   Debtor(s)       Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

     ■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

     ☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

     ☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

     **If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Do Young Kim**
                                      **Do Young Kim**

Date:  **May 13, 2011**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Do Young Kim**      **Houng Ju Kim**      Case No. _____

       Debtor(s)      Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Houng Ju Kim**
                           **Houng Ju Kim**

Date:   **May 13, 2011**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Do Young Kim,**
       **Houng Ju Kim**

Case No. _____

                                   ,

Debtors

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 39,170.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 46,713.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 33 | | 1,821,213.41 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,340.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 1,935.00 |
| Total Number of Sheets of ALL Schedules | | 46 | | | |
| | | Total Assets | 39,170.00 | | |
| | | | Total Liabilities | 1,867,926.41 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Do Young Kim,**
         **Houng Ju Kim**

                                            ,
                                         Debtors

Case No. _____

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1,340.00 |
| Average Expenses (from Schedule J, Line 18) | 1,935.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 1,600.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 12,909.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 1,821,213.41 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 1,834,122.41 |

B6A (Official Form 6A) (12/07)

In re    **Do Young Kim,**                                                    Case No. _____
         **Houng Ju Kim**
                                                                        ,
                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re   **Do Young Kim,**                                                    Case No. _____
        **Houng Ju Kim**

                                                                                    ,
                                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **cash on hand** | **-** | **50.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account with Foster Bank Chicago, IL** | **-** | **200.00** |
| | | | **Checking account with Associated Bank** | **J** | **100.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. household goods** | **-** | **500.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Misc. wearing apparel** | **-** | **200.00** |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                                                    Sub-Total >            **1,050.00**
                                                                  (Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Do Young Kim,**                                          Case No. _____
**Houng Ju Kim,**

_____ ,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Partial interest in CK Citgo, Inc. name used in operation of business, Citgo Gas Station which stopped operating in April 2010 and vacated in April 2010. Assets of corporation consisted of real estate located at: 6801 N. Cicero, Lincolnwood, IL 60645 and gas station business operating at same location. Property is foreclosed upon by secured lender, National Republic Bank of Chicago, Cook County Court Case #: 09CH51028. Corporation involuntary dissolved on 11/13/2009.** | J | 0.00 |
| | | **Morgan Mobile, Inc. Debtor operated a gasoline station and minimart at: 5901 S. Morgan, Chicago, Illinois. Debtor was 100% shareholder; business closed July, 2010.** | J | 0.00 |
| | | **Obama Food Mart,Corp. Debtor operated a gasoline station and minimart at: 1800 E. 79th Street, Chicago, Illinois. Debtor was 100% shareholder; business closed.** | J | 0.00 |
| | | **2007, Inc., Debtor operated a gasoline station and minimart at: 2005 N. Kickapoo St., Lincoln, Illinois. Debtor was 100% shareholder; business closed.** | J | 0.00 |
| | | **K&H Investor, Corp. Debtor operated a gasoline station and minimart at: _____, Illinois. Debtor was 100% shareholder; business closed.** | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

Sub-Total >          0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Do Young Kim,**                                      Case No. _____
       **Houng Ju Kim**
                                                    ,
                        Debtors

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2010 income tax refund to debtor wife; funds received and used for necessary living expenses.** | W | 2,620.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Lexus RX330 approx. 111,000 miles** | W | 11,000.00 |
| | | **2006 Landrover vehicle approximately 28,500 miles** | J | 24,500.00 |
| 26. Boats, motors, and accessories. | X | | | |

Sub-Total >     38,120.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Do Young Kim,**
      **Houng Ju Kim**                                      Case No. _____

                                            ,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **0.00**
(Total of this page)
            Total >    **39,170.00**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re    **Do Young Kim,**
       **Houng Ju Kim**

Case No. _____

_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
| --- | --- | --- | --- |
| **Cash on Hand** | | | |
| **cash on hand** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account with Foster Bank Chicago, IL** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Checking account with Associated Bank** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Household Goods and Furnishings** | | | |
| **Misc. household goods** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Wearing Apparel** | | | |
| **Misc. wearing apparel** | **735 ILCS 5/12-1001(a)** | **200.00** | **200.00** |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **2010 income tax refund to debtor wife; funds received and used for necessary living expenses.** | **735 ILCS 5/12-1001(b)** | **2,620.00** | **2,620.00** |

| | Total: | **3,670.00** | **3,670.00** |
| --- | --- | --- | --- |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Do Young Kim,**
     **Houng Ju Kim**

Case No. _____

                                              ,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx0001 <br><br> **Toyota Motor Credit Co** <br> **19500 Victor Pkwy Ste 40** <br> **Livonia, MI 48152** | | W | Opened 5/12/06 Last Active 9/03/10 <br><br> **Purchase Money Security** <br><br> **2005 Lexus RX330** <br> **approx. 111,000 miles** | | | | | |
| | | | Value $            **11,000.00** | | | | 9,304.00 | 0.00 |
| Account No. xxxxx9660 <br><br> **Vw Credit Inc** <br> **1401 Franklin Blvd** <br> **Libertyville, IL 60048** | | H | Opened 5/23/09 Last Active 5/25/10 <br><br> **Purchase Money Security** <br><br> **2006 Landrover vehicle** <br> **approximately 28,500 miles** | | | | | |
| | | | Value $            **24,500.00** | | | | 37,409.00 | 12,909.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

**0** continuation sheets attached

| | Subtotal (Total of this page) | 46,713.00 | 12,909.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 46,713.00 | 12,909.00 |

B6E (Official Form 6E) (4/10)

In re  **Do Young Kim,**
     **Houng Ju Kim**

Case No. _____

                                               ,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Do Young Kim,**                                                     Case No. _____
   **Houng Ju Kim**
_____,
                                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.  . | | J | 2008-2009 sales taxes | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
|  |  | 0.00 | 0.00 |
|  | Total (Report on Summary of Schedules) | 0.00 | 0.00 |
|  |  | 0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re    **Do Young Kim,**
**Houng Ju Kim,**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx5000**<br><br>**1st Data**<br>**4000 Coral Ridge Drive**<br>**Coral Springs, FL 33065** | | H | **Opened  4/01/09  Last Active  8/01/09**<br>**Boat** | | | | 877.00 |
| Account No. **xxxxxxx4000**<br><br>**1st Data**<br>**4000 Coral Ridge Drive**<br>**Coral Springs, FL 33065** | | W | **Opened  8/01/09  Last Active  9/01/10**<br>**Boat** | | | | 697.00 |
| Account No. **xxxxx-xxxxxx6071**<br><br>**ABT**<br>**1200 N. Milwaukee Ave.**<br>**Glenview, IL 60025** | | J | **See Transworld Systems Inc.** | | | | 635.45 |
| Account No. **xxxx-xxxx-xxxx-9389**<br><br>**ACB American, Inc.**<br>**POB 177**<br>**Cincinnati, OH 45201** | | J | **prior to 2011**<br>**collection matter for Citibank/Home Depot** | | | | Unknown |

| | | | Subtotal<br>(Total of this page) | 2,209.45 |
|---|---|---|---|---|

__32__ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re    **Do Young Kim,**
**Houng Ju Kim**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx & xxxxxxxx5120**<br><br>**Accord Creditor Services**<br>**PoB 1002**<br>**Newnan, GA 30271** | | J | **2010**<br>**collection matter for AT&T** | | | | **Unknown** |
| Account No. **xxxx2380**<br><br>**Accounts Receivable Management**<br>**POB 561**<br>**Thorofare, NJ 08086** | | J | **prior to 2011**<br>**collection matter for Citibank/Home Depot** | | | | **Unknown** |
| Account No. **xxxx-xxxxxx-x1004**<br><br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL 33329** | | H | **Opened 6/10/07 Last Active 2/01/09**<br>**ChargeAccount** | | | | **42,516.00** |
| Account No. **xx xx-xx-xx1-098**<br><br>**Andrew E. Meisner, Treasurer**<br>**1200 N. Telegraph Rd, Bldg 12 E Dep**<br>**Pontiac, MI 48341** | | J | | | | | **4,114.09** |
| Account No. **xxx9485**<br><br>**Angela Kwan**<br>**Attorney at Law**<br>**1051 Perimeter Drive, #400**<br>**Schaumburg, IL 60173** | | J | **2010**<br>**Breach of Contract**<br>**case #: 10L9485 and 2011L004641** | | | | **Unknown** |

Sheet no. __1___ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**46,630.09**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Do Young Kim,**
       **Houng Ju Kim**
                                                                      Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxx6953** | | | | | | | | |
| **At & T Mobility** **POB 6416** **Carol Stream, IL 60197** | | J | | | | | | 2,513.00 |
| Account No. **xxxxx & xx8387** | | | | **Opened 3/28/07** **Collection** | | | | |
| **Axis Capital Inc** **Department 1685** **Denver, CO 80291** | | J | | | | | | Unknown |
| Account No. | | | | **Discover Bank v. Kim Do H; 2008-M1-198892** | | | | |
| **Baker & Miller, P.C.** **29 N. Wacker Drive** **5th Fl** **Chicago, IL 60606** | | J | | | | | | Unknown |
| Account No. **4780** | | | | **Opened 4/11/00 Last Active 9/01/09** **ChargeAccount** | | | | |
| **Bank Of America** **Po Box 17054** **Wilmington, DE 19850** | | H | | | | | | 31,457.00 |
| Account No. **xxxxxxxxxxxx6241** | | | | **Opened 3/16/01 Last Active 7/01/10** | | | | |
| **Bank Of America** **PoB 851001** **Dallas, TX 75285** | | W | | | | | | 9,391.00 |

Sheet no. __**2**___ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **43,361.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Do Young Kim,**
       **Houng Ju Kim**                                                      Case No. _____

                                              _____,
                                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx4055** | | J | Opened  2/12/09  Last Active  5/01/10 | | | | |
| **Bank Of America** **Po Box 15311** **Wilmington, DE 19884** | | | | | | | **5,747.00** |
| Account No. **xxxxxxxxxxx6766** | | W | Opened  3/16/01  Last Active  6/01/09 | | | | |
| **Bank Of America** **Po Box 17054** **Wilmington, DE 19850** | | | | | | | **0.00** |
| Account No. **xxxxxxxxxxx4253** | | J | charge card | | | | |
| **Best Buy Co** **Retail Services** **POB 17298** **Baltimore, MD 21297** | | | | | | | **1,998.00** |
| Account No. | | J | Midland Funding LL v. Do Kim; 2010-M1-137607 | | | | |
| **BLATT, HASENMILLER, LEIBSKER & MOOR** **125 S. WACKER DRIVE** **SUITE 400** **CHICAGO, IL 60606** | | | | | | | **Unknown** |
| Account No. **xx-xx025-0** | | J | prior to 2011 | | | | |
| **Blitt and Gaines, P.C.** **661 Glenn Ave.** **Wheeling, IL 60090** | | | | | | | **Unknown** |

Sheet no. __3___ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                  Subtotal
                                                         (Total of this page)         **7,745.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Do Young Kim,**                                        Case No. _____
        **Houng Ju Kim**
                                                        ,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xx560-0**<br><br>**Blitt and Gaines, P.C.**<br>**661 Glenn Ave.**<br>**Wheeling, IL 60090** | | J | **prior to 2011**<br>**collection matter for Capital One acct**<br>**#4802132663238064** | | | | **Unknown** |
| Account No. **xxxx1615**<br><br>**Bureau of Weights & Measures**<br>**801 E. Sangamon Ave.**<br>**POB 19281, State Fairgrounds**<br>**Springfield, IL 62702** | | J | **2009** | | | | **828.00** |
| Account No. **xxxxxxx1028**<br><br>**Burke & White**<br>**5330 Main St., Ste. 200**<br>**Downers Grove, IL 60515** | | J | **2009**<br>**National Republic  vs. Do Kim and Huong Kim**<br>**Case #:2009CH51028.**<br>**Foreclosure of property at: 6801 N. Cicero,**<br>**Lincolnwood, IL 60712** | | | | **Unknown** |
| Account No. **xxxxxx65-24**<br><br>**CAC Financial Corp**<br>**2601 NW Expressway**<br>**Ste. 1000E**<br>**Oklahoma City, OK 73112** | | J | **prior to 2010**<br>**colleciton matter for GE Money Bank/Sam's**<br>**Consumer** | | | | **Unknown** |
| Account No. **xxxxxxxxxxxxx2483**<br><br>**Cach Llc**<br>**370 17th St Ste 5000**<br>**Denver, CO 80202** | | H | **Opened  4/22/10  Last Active 10/01/09**<br>**Collection Hsbc Bank Nevada Na** | | | | **1,265.00** |

Sheet no. __4__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)   **2,093.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Do Young Kim,**
     **Houng Ju Kim**                                    Case No. _____

                                                 Debtors
                                       ,

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx7998** | | | Opened 1/07/06 Last Active 10/01/09 ChargeAccount | | | | |
| **Cap One** **Po Box 85520** **Richmond, VA 23285** | | H | | | | | 18,889.00 |
| Account No. **xxxxxxxxxxx8064** | | | Opened 3/25/04 Last Active 10/01/09 ChargeAccount | | | | |
| **Cap One** **Po Box 85520** **Richmond, VA 23285** | | H | | | | | 10,945.00 |
| Account No. **xxxxxxx1965** | | | Opened 1/01/06 AttorneyFees | | | | |
| **Cap One** **Po Box 85015** **Richmond, VA 23285** | | H | | | | | 0.00 |
| Account No. **xxxxxxxxxxx7081** | | | Opened 3/11/04 | | | | |
| **Cap One** **Po Box 85520** **Richmond, VA 23285** | | H | | | | | 0.00 |
| Account No. **xxxxxxxxxxx0946** | | | Opened 8/27/08 | | | | |
| **Cap One** **Po Box 85520** **Richmond, VA 23285** | | W | | | | | 0.00 |

Sheet no. __5___ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **29,834.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Do Young Kim,**
　　　**Houng Ju Kim**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　，
　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cary G. Schiff and Assoc.**<br>**134 N. LaSalle #712**<br>**Chicago, IL 60602** | | J | **Habitat Company v. Kim Do; 2008-M1-719463** | | | | **Unknown** |
| Account No. **xxxx0555**<br><br>**Cbusasears**<br>**133200 Smith Rd**<br>**Cleveland, OH 44130** | | J | **Opened 10/01/96  Last Active  1/01/01** | | | | **0.00** |
| Account No. **xxxxxxx & xxx6748**<br><br>**Certegy**<br>**POB 30046**<br>**Tampa, FL 33630** | | J | **prior to 2011** | | | | **572.00** |
| Account No. **xxxx-xxxx-xxxx-0451**<br><br>**Charter One**<br>**POB 7092**<br>**Bridgeport, CT 06601** | | J | **prior to 2011**<br>**charge card** | | | | **Unknown** |
| Account No. **xxxxxxx-xxxxxxxxxxxxxxx0001**<br><br>**Charter One**<br>**1215 Superior**<br>**Cleveland, OH 44114** | | J | **prior to 2011**<br>**CK Citgo Line of Credit** | | | | **Unknown** |

Sheet no. __6__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**572.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Do Young Kim,**
       **Houng Ju Kim**
                                                                          Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-0451**<br><br>**Charter One Card Services<br>POB 42010<br>Providence, RI 02940** | | J | | | **prior to 2011<br>charge card** | | | | **9,275.00** |
| Account No. **xxxxxx4835**<br><br>**Chase<br>P.O. Box 100511<br>Florence, SC 29502** | | J | | | **Washington Mutual Bank Loan; deficiency on mortgage foreclosed in 2008 for condominium property in Nobi, MI.** | | | | **Unknown** |
| Account No. **xxxxxxxxxxxx6226**<br><br>**Chase<br>Po Box 15298<br>Wilmington, DE 19850** | | W | | | **Opened 6/02/08 Last Active 10/01/10** | | | | **7,747.00** |
| Account No. **xxxxxxxxxxxx8756**<br><br>**Chase<br>Po Box 15298<br>Wilmington, DE 19850** | | W | | | **Opened 9/24/08 Last Active 6/01/10** | | | | **6,829.00** |
| Account No. **xxxxxxxxxxxx2362**<br><br>**Chase<br>Po Box 15298<br>Wilmington, DE 19850** | | W | | | **Opened 11/03/06 Last Active 10/01/10** | | | | **1,604.00** |

Sheet no. __7___ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **25,455.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Do Young Kim,**
       **Houng Ju Kim**                                                              Case No. _____

                                                          ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxx0354** | | | | | Opened  6/05/95 | | | | |
| **Chase** **Po Box 15298** **Wilmington, DE 19850** | | H | | | | | | | Unknown |
| Account No. **xxxxxxxxxx8902** | | | | | 2009 equity | | | | |
| **Chase** **Equity Loan Servicing** **POB 24714** **Columbus, OH 43224** | | | J | | | | | | Unknown |
| Account No. **xxx7550** | | | | | 2010 citation | | | | |
| **Chicago Department of Revenue** **c/o Linebarger Goggan Blair** **POB 06152** **Chicago, IL 60606-0152** | | | J | | | | | | Unknown |
| Account No. **xxxxxxx x 9389** | | | | | prior to 2011 charge card | | | | |
| **Citi** **POB 6926** **The Lakes, NV 88901** | | | J | | | | | | Unknown |
| Account No. **xxxxxx9719** | | | | | Opened  1/12/08  Last Active  2/09/09 | | | | |
| **Citizens Bank** **1 Citizens Dr** **Riverside, RI 02915** | | | J | | | | | | 0.00 |

Sheet no. __**8**___ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Do Young Kim,**
       **Houng Ju Kim**

Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1630**<br><br>**City of Chicago**<br>**Department of Revenue**<br>**POB 88292**<br>**Chicago, IL 60680** | | J | **2010**<br>**parking tickets** | | | | **200.00** |
| Account No. **xxNR 02**<br><br>**City of Chicago**<br>**Department of Business Affairs**<br>**City Hall Room, 121 N. LaSalle, Rm**<br>**Chicago, IL 60602** | | J | **2011**<br>**Liability-Tobacco** | | | | **Unknown** |
| Account No. **xxx-xx-0726**<br><br>**CITY OF CHICAGO DEPARTMENT OF**<br>**REV**<br>**POB 805030**<br>**CHICAGO, IL 60660** | | J | **2009-2010**<br>**Liability-Tobacco** | | | | **8,000.00** |
| Account No. **xxx-xx-0726**<br><br>**CITY OF CHICAGO DEPARTMENT OF**<br>**REV**<br>**POB 805030**<br>**CHICAGO, IL 60660** | | J | **2009-2010**<br>**Liability-Cigarettes** | | | | **Unknown** |
| Account No.<br><br>**City of Novi**<br>**16695 Collection Center Dr.**<br>**Chicago, IL 60693** | | J | | | | | **2,929.91** |

Sheet no. __9___ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,129.91**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Do Young Kim,**
    **Houng Ju Kim**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx7150** | | | prior to 2011 collection matter for US Bank | | | | |
| Client Services, Inc. 3451 Harry Truman Blvd. Saint Charles, MO 63301 | | J | | | | | **Unknown** |
| Account No. **xxxxx1867** | | | prior to 2011 collection matte for Home Depot | | | | |
| Client Services, Inc. 3451 Harry Truman Blvd. Saint Charles, MO 63301 | | J | | | | | **Unknown** |
| Account No. **xxxxxxxxxx5154** | | | | | | | |
| Comcast POB 3002 Southeastern, PA 19398 | | J | | | | | **437.84** |
| Account No. **xxxxxxxxx030G** | | | prior to 2010 | | | | |
| Cook County Collector Cook County Department of Revenue POB 641547 Chicago, IL 60664 | | J | | | | | **227.00** |
| Account No. **xxx-xx-0726** | | | 2009-2010 Liability-Cigarettes | | | | |
| Cook County Collector Cook County Department of Revenue POB 641547 Chicago, IL 60664 | | H | | | | | **Unknown** |

Sheet no. __10__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**664.84**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Do Young Kim,**                                          Case No. _____
         **Houng Ju Kim**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx & xxxxxxx & xxxx0326**<br><br>**Cook County State's Attorney's Bad Check Restitution Program POB A3984 Chicago, IL 60690** | | H | **2010 insufficient account balances** | | | | **Unknown** |
| Account No. **xx-xx-xxx-xxx-1037**<br><br>**Cook County Treasurer POB 4488 Carol Stream, IL 60197** | | J | **Second Installment Property Tax Bill** | | | | **1,230.34** |
| Account No. **xxNR02**<br><br>**Corporation Counsel Rachel Berger 30 N. LaSalle St. Chicago, IL 60602** | | J | **2011 Liability-Tobacco** | | | | **Unknown** |
| Account No. **xxxx & xxxxxxxx8053, xxxx8615**<br><br>**Costco Corporation POB 34331 Seattle, WA 98124** | | J | **2010 non-sufficient funds; add'l case #'s: 35530326, 36154938 and 111776520790** | | | | **Unknown** |
| Account No. **xxxx x. xxxx xxreet, xxxcago**<br><br>**David L. Cwik 6968 W. North Avenue Elmwood Park, IL 60707** | | J | **prior to 2010 Store Lease at noted address for debtor's food store business operating through corporation: Obama Food Mart, Corp. located at: 1800 E. 79th Street, Chicago, IL.** | | | | **Unknown** |

Sheet no. _**11**_ of _**32**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,230.34**

B6F (Official Form 6F) (12/07) - Cont.

In re **Do Young Kim,**
**Houng Ju Kim**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxxx6940<br><br>Dell Financial Services<br>POB 81577<br>Austin, TX 78708-1577 | | J | prior to 2011<br>charge card | | | | Unknown |
| Account No. xxxxxxxx030G<br><br>Department of Revenue<br>Environmental Control<br>POB 641547<br>Chicago, IL 60664 | | J | 2010<br>collection; CK Citgo | | | | 202.00 |
| Account No. xxxx-xxxx-xxxx-9658<br><br>Direct Rewards<br>POB 17313<br>Baltimore, MD 21297 | | J | prior to 2011<br>charge card | | | | 300.00 |
| Account No. xxxxxxx & xxxxx0195<br><br>Diversified Adjustment<br>600 Coon Rapids Blvd Nw<br>Coon Rapids, MN 55433 | | H | Opened  5/15/10  Last Active 10/01/09<br>Collection Sprint | | | | 231.00 |
| Account No. xxxxxxx0017<br><br>Dte Energy<br>1 Energy Plz # Wcb2106<br>Detroit, MI 48226 | | H | Opened  2/15/00  Last Active  8/01/08<br>Collection | | | | 183.00 |

Sheet no. __12__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

916.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Do Young Kim,**                                           Case No. _____

        **Houng Ju Kim**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx xx xxxx & 4055**<br><br>**Fia Card Services**<br>**POB 15646**<br>**Wilmington, DE 19850-5646** | | J | prior to 2011<br>collection matter for account #'s:<br>5466320040716241 & 5474151972984055 | | | | 0.00 |
| Account No. **xxxxxxxxxxxx2061**<br><br>**Fia Csna**<br>**Po Box 17054**<br>**Wilmington, DE 19850** | | H | Opened  4/11/00  Last Active  7/02/09<br>Other Flexible Spending Credit Card | | | | 29,280.00 |
| Account No. **xxxxxxxxxx xxxxx #xxxxxxx8140**<br><br>**First Data Global Leasing**<br>**POB 173845**<br>**Denver, CO 80217** | | J | prior to 2010<br>collection for First Data Global Leasing | | | | Unknown |
| Account No. **xxxxxxxxxxxx1636**<br><br>**First National Credit Card**<br>**POB 5097**<br>**Sioux Falls, SD 57117** | | J | prior to 2011<br>charge card | | | | Unknown |
| Account No. **xxxx-xxxx-xxxx-5894**<br><br>**GE Capital Financial Inc./Sams Club**<br>**POB 960016**<br>**Orlando, FL 32896** | | J | prior to 2011<br>collection matter for Discover/Sam's Club | | | | Unknown |

Sheet no. __13__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **29,280.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Do Young Kim,**
      **Houng Ju Kim**                                                                  Case No. _____

_____,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx 1125**<br><br>**Ge Money Bank**<br>**POB 981064**<br>**El Paso, TX 79998** | | J | **prior to 2011**<br>**collection matter** | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-4952**<br><br>**GE Money Bank/Sam's Club Discover**<br>**POB 960013**<br>**Orlando, FL 32896** | | J | **prior to 2011**<br>**collection matter for Discover** | | | | **Unknown** |
| Account No. **xxxxxxxxxxxx5914**<br><br>**Gemb/Dsgi**<br>**Po Box 1400**<br>**El Paso, TX 79948** | | W | **Opened  9/17/07  Last Active 11/02/07**<br>**ChargeAccount** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx4952**<br><br>**Gemb/Sams Club Dc**<br>**Po Box 981400**<br>**El Paso, TX 79998** | | W | **Opened  9/29/08  Last Active  6/01/10** | | | | **2,440.00** |
| Account No.<br><br>**Gryll Charles R**<br>**6703 N. Cicero**<br>**Lincolnwood, IL 60646** | | J | **York Song, State Heating & Co. v. Kim Young**<br>**Do; 1993-M2-000530** | | | | **Unknown** |

Sheet no. __**14**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **2,440.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Do Young Kim,**
  **Houng Ju Kim**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx2407**<br><br>**Harvard Collection**<br>**4839 N Elston Ave**<br>**Chicago, IL 60630** | | J | | | **prior to 2010**<br>**collection matter for Il. Dept. of Agriculture** | | | | **928.00** |
| Account No.<br><br>**Hauselman Martin F.**<br>**39 S. LaSalle**<br>**Chicago, IL 60603** | | J | | | **CitiMortgage Inc. v. Kim Do; 2008-CH-17403** | | | | **Unknown** |
| Account No.<br><br>**Henry Rashid**<br>**4337 W. Dobson**<br>**Skokie, IL 60076** | | J | | | **2008**<br>**joint venture for operation of gas station business(es).** | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-9389**<br><br>**Home Depot Credit Services**<br>**PO Box 6926**<br>**The Lakes, NV 88901-6926** | | J | | | **Charge Account** | | | | **5,782.33** |
| Account No. **xxxxxxxxxxx2007**<br><br>**Home Depot Services**<br>**Processing Center**<br>**DES MOINES, IA 50364** | | J | | | **Charge account** | | | | **1,802.62** |

Sheet no. **_15_** of **_32_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,512.95**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Do Young Kim,**
     **Houng Ju Kim**

                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** xxxxxx6999 <br><br>**Hope Whitfield/Stahl Cowen Crowley**<br>**55 W. Monroe**<br>**Ste. 1200**<br>**Chicago, IL 60603** | | J | | **2010**<br>**Breach of contract lawsuit; case #10M1176999; Business loan from United Central Bank for debtor's Subway sandwich business located at: 6801 N. Cicero, Lincolnwood, IL.** | | | | **Unknown** |
| **Account No.** <br><br>**Houng Sook Kim**<br>**POB 409496**<br>**Chicago, IL 60640** | | J | | **2009**<br>**personal loan** | | | | **Unknown** |
| **Account No.** xxxxxxxxxxxx4701 <br><br>**Hsbc Bank**<br>**Po Box 19360**<br>**Portland, OR 97280** | | J | | **Opened 11/01/93  Last Active 11/01/01** | | | | **4,679.00** |
| **Account No.** xxxxxxxxxxxx9188 <br><br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | J | | **Opened 11/01/93  Last Active  4/01/02**<br>**CreditCard** | | | | **579.00** |
| **Account No.** xxxxxxxxxxxx9658 <br><br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | H | | **Opened  3/23/09  Last Active 10/01/10** | | | | **181.00** |

Sheet no. __16__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,439.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Do Young Kim,**
     **Houng Ju Kim**

                                                  **Debtors**,

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx7809<br><br>Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197 | | H | Opened 2/04/09 Last Active 3/18/10 | | | | 0.00 |
| Account No. xxxxxxxxxxx6804<br><br>Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197 | | H | Opened 2/04/09 Last Active 3/18/09 | | | | 0.00 |
| Account No. xxxxxxx3548<br><br>Hsbc Bank<br>Po Box 19360<br>Portland, OR 97280 | | J | Opened 11/01/93 Last Active 12/01/00 | | | | Unknown |
| Account No. xxxxxxxxxxx4253<br><br>Hsbc/Bsbuy<br>Po Box 17298<br>Baltimore, MD 21297 | | W | Opened 12/02/08 Last Active 6/01/10<br>ChargeAccount | | | | 2,287.00 |
| Account No. xxxxx-xxxxxx7236<br><br>Hsbc/Mnrds<br>90 Christiana Rd<br>New Castle, DE 19720 | | H | Opened 11/13/08 Last Active 5/08/09<br>ChargeAccount | | | | 0.00 |

Sheet no. __17__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,287.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Do Young Kim,**
       **Houng Ju Kim**                                                Case No. _____

                                        _____,
                                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-6212** <br><br> **Hsbc/Mnrds** <br> **PO Box 17602** <br> **Baltimore, MD 21297-1602** | | H | Opened 11/13/08 Last Active 9/01/09 ChargeAccount | | | | 1,203.99 |
| Account No. **xxxxxx-xxxxxx9037** <br><br> **Hsbc/Paris** <br> **Po Box 15521** <br> **Wilmington, DE 19805** | | W | Opened 5/17/05 Last Active 6/30/05 ChargeAccount | | | | 0.00 |
| Account No. **xxxx6098** <br><br> **Hsbc/Saks** <br> **140 W Industrial Dr** <br> **Elmhurst, IL 60126** | | W | Opened 6/01/93 Last Active 6/17/02 ChargeAccount | | | | 0.00 |
| Account No. **xxxxxxxx-xx0-510** <br><br> **IC System, Inc.** <br> **POB 64886** <br> **Saint Paul, MN 55164** | | J | prior to 2011 collection matter for HSBC | | | | Unknown |
| Account No. **xxxxxxx6159** <br><br> **IC System, Inc.** <br> **POB 64794** <br> **Saint Paul, MN 55164** | | J | prior to 2011 collection matter for AT&T/Cingular Wireless | | | | 2,513.00 |

Sheet no. __18__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 3,716.99 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Do Young Kim,**
       **Houng Ju Kim**                                                        Case No. _____

_____,
                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-xxxx xxx xxx-xx-4372** <br><br> **ILLINOIS DEPARTMENT OF REVENUE** <br> **POB 64449** <br> **CHICAGO, IL 60664** | | | J | | **prior to 2011** <br> **Any tax liabilities possibly due and outstanding.** | | | | **Unknown** |
| Account No. **xxx-xx-xxxx xxx xxx-xx-4372** <br><br> **Illinois Department of Revenue** <br> **POB 19035** <br> **Springfield, IL 62794** | | | J | | **prior to 2011** <br> **Any tax liabilities possibly due and outstanding.** | | | | **Unknown** |
| Account No. **xxxx4303** <br><br> **Illinois State Lottery** <br> **PO Box 19049** <br> **Springfield, IL 62794** | | | J | | **prior to 2010** <br> **Illinois State Lottery statement of account for CK Citgo, Inc. gas station.** | | | | **17,040.00** |
| Account No. **xxxxxxxxxxxxx2483,** <br><br> **Integrity Financial Partners, Inc.** <br> **P.O. Box 11530** <br> **Overland Park, KS 66207-4230** | | | J | | **Collection matter for HSBC Bank Nevada; add'l acct #6004300990426212** | | | | **Unknown** |
| Account No. **xxxxxxxx1000** <br><br> **Iowa Department of Revenue** <br> **POB 10471** <br> **Des Moines, IA 50306** | | | J | | **prior to 2010** <br> **collection matter** | | | | **199.00** |

Sheet no. __19__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **17,239.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Do Young Kim,**
         **Houng Ju Kim**                                                Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx6461<br><br>Jacobsons Stores Inc<br>3333 Sargent Rd<br>Jackson, MI 49201 | | W | Opened 9/24/00 Last Active 11/01/01 ChargeAccount | | | | 0.00 |
| Account No.<br><br>Jeffrey Fuels LLC<br>1864 Harvest Ln.<br>Glendale Heights, IL 60139 | | J | prior to 2011<br>Commercial store lease for: 1800 E. 79th Street, Chicago, IL.  Former location for debtors' food mart business: Obama Food Mart, Corp. | | | | 0.00 |
| Account No. xxxx4923<br><br>Jetro Restaurant Depot<br>1030 W. Division<br>Chicago, IL 60642 | | J | prior to 2011<br>food purchases for CK Citgo | | | | 2,790.00 |
| Account No. xxxxx-xx1100<br><br>John Buczyna, Esq.<br>1515 E. Woodfield Rd.<br>Schaumburg, IL 60173 | | J | 2008<br>collection matter:  Cash Depot vs. Ck Citgo under case #:2008M1001100 | | | | Unknown |
| Account No. xxx9485<br><br>Katie Kim<br>Tony Kim<br>1119 Midway Road<br>Northbrook, IL 60062 | | J | 2009<br>Breach of Contract under case #10L9485 | | | | Unknown |

Sheet no. __20__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,790.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Do Young Kim,**
       **Houng Ju Kim**
                                                                    Case No. _____
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br>**Keough & Moody P.C.** <br>**1250 E. Diehl Rd. #405** <br>**Naperville, IL 60563** | J | | | | **2008** <br>**Bank of America v. Kim Do; 2008-ch-13775** | | | | **Unknown** |
| Account No. **xxxxxx xx7677** <br><br>**Keough & Moody P.C.** <br>**1250 E. Diehl Rd. #405** <br>**Naperville, IL 60563** | J | | | | **2009** <br>**collection matter; case #09M1707677** | | | | **Unknown** |
| Account No. **xx4090** <br><br>**Keynote Consulting Inc.** <br>**220 W. Campus Dr.** <br>**Ste. 102** <br>**Arlington Heights, IL 60004** | J | | | | **1/2011** <br>**collection matter for WJ Management** | | | | **2,919.00** |
| Account No. **xxxx-xxxx-xxxx-1536** <br><br>**Legacy Visa** <br>**POB 2677** <br>**Omaha, NE 68103** | J | | | | **2010** <br>**charge card** | | | | **182.00** |
| Account No. **xxxxxx0452** <br><br>**LINEBARGER GOGGAN BLAIR & SAMPSON** <br>**P.O. BOX 06152** <br>**CHICAGO, IL 60606-0152** | H | | | | **September, 2010** <br>**City of Chicago** | | | | **122.00** |

Sheet no. __21__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,223.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Do Young Kim,**                                          Case No. _____
    **Houng Ju Kim**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx2007 <br><br> **LTD Financial Services** <br> **7322 Southwest Freeway** <br> **Ste. 1600** <br> **Houston, TX 77074** | | J | Collection matter for The Home Depot | | | | **Unknown** |
| Account No. x2665 <br><br> **Makenna Kali & Associa** <br> **6115 E Grand Rd** <br> **Tucson, AZ 85712** | | H | Opened 11/19/09 <br> Collection Axis Capital Inc | | | | **824.00** |
| Account No. xxxxxxxxx0220 <br><br> **Mcydsnb** <br> **9111 Duke Blvd** <br> **Mason, OH 45040** | | W | Opened 2/01/03 Last Active 3/20/03 <br> ChargeAccount | | | | **0.00** |
| Account No. xxxx3359 <br><br> **Monarch Recovery Management, Inc.** <br> **10965 Decatur Road** <br> **Philadelphia, PA 19154** | | J | prior to 2011 <br> collection matter for Discover/Sam's club | | | | **Unknown** |
| Account No. <br><br> **Mr. & Mrs. Jong Ki Choi** <br> **8334 N. Newland** <br> **Niles, IL 60714** | | J | 2008 <br> Personal loans in 2008, 2009 and 2010, utilized for start up of gas station business(es), under Morgan Mobile and CK Citgo. | | | | **Unknown** |

Sheet no. __22__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**824.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Do Young Kim,**
  **Houng Ju Kim**
_____,
                        Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2008 | | | | |
| **Mr. and Mrs. Hong A. Kim** **3627 Salem Walk** **Unit A1** **Northbrook, IL 60062** | | | J | joint venture for operation of gas station business(es) located at: 6801 N. Cicero, Lincolnwood, IL. | | | | **Unknown** |
| Account No. **xxxxxx9000** | | | | 2006 | | | | |
| **National Republic Bank of Chicago** **1201 W. Harrison St.** **Elmwood Park, IL 60707** | | | J | 6801 N. Cicero, Lincolnwood, IL 60645. County Court Case #: 09CH51028 | | | | **1,500,000.00** |
| Account No. **xxxx-xxxxxx-x1004** | | | | Collection matter for American Express | | | | |
| **Nationwide Credit, Inc.** **PO Box 26314** **Lehigh Valley, PA 18002-6314** | | | J | | | | | **Unknown** |
| Account No. **xxxxxx1587** | | | | Opened 6/01/00 | | | | |
| **Nbgl-Saks** **Po Box 10327** **Jackson, MS 39289** | | W | | ChargeAccount | | | | **0.00** |
| Account No. **xxxx6098** | | | | Opened 6/01/93 Last Active 6/01/02 | | | | |
| **Nbgl-Saks** **Po Box 10327** **Jackson, MS 39289** | | W | | ChargeAccount | | | | **0.00** |

Sheet no. **_23_** of **_32_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **1,500,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Do Young Kim,**
       **Houng Ju Kim**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx8440**<br><br>**Nelson, Watson & Associates**<br>**POB 1299**<br>**Haverhill, MA 01831** | | J | **Collection matter for Capital One Services LLC** | | | | 17,284.84 |
| Account No. **xxxxxx6978**<br><br>**Nicor Gas**<br>**1844 Ferry Road**<br>**Naperville, IL 60563** | | W | **Opened  8/03/06  Last Active 10/16/09**<br>**Other Utility Company** | | | | 1.00 |
| Account No. **xx4007**<br><br>**NuCo**<br>**POB 9011**<br>**Stuart, FL 34995** | | J | **prior to 2010**<br>**collection matter** | | | | 4,183.00 |
| Account No.<br><br>**Odea James M.**<br>**10707 W. 159th St.**<br>**Orland Park, IL 60467** | | J | **State Farm Mutual v. Kim Do; 2009-M1-021213** | | | | Unknown |
| Account No. **xxxx2528**<br><br>**Oxford Management Services**<br>**POB 1991**<br>**Southgate, MI 48195** | | J | **prior to 2011**<br>**collection on Chase line of credit** | | | | Unknown |

| | | |
|---|---|---|
| Sheet no. __24__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 21,468.84 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Do Young Kim,**                                      Case No. _____
        **Houng Ju Kim**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Patrick Purcell** <br> **1653 York** <br> **Lake Forest, IL 60045** | | J | Named creditor was seller of Citgo Gas Station business at: 6801 N. Cicero, Lincolnwood, Illinois.  Any monies that may be due pursuant to debtor's purchase of said business from said creditor. | | | | 0.00 |
| Account No. **xxxxx0195** <br><br> **Pentagroup Financial, LLC** <br> **POB 742209** <br> **Houston, TX 77274** | | J | prior to 2011 <br> collection matter for Sprint | | | | 231.00 |
| Account No. **xxxxxxxxxxxx0451** <br><br> **Rbs Citizens Na** <br> **1000 Lafayette Blvd** <br> **Bridgeport, CT 06604** | | W | Opened  1/12/08  Last Active  6/01/10 | | | | 9,443.00 |
| Account No. **xxxx8147** <br><br> **Receivables Performance Management** <br> **PO Box 1548** <br> **Lynnwood, WA 98046-1548** | | J | Collection matter for Sprint | | | | Unknown |
| Account No. **xxxxxxxxxxxx & xxxxxxx9533** <br><br> **Richard Jaffe** <br> **100 W. Monroe#714** <br> **Chicago, IL 60603** | | J | 2010 <br> lawsuit under case #2010M1 714812(collection matter) and lawsuit case #: 2010L009533 (breach of contract/store lease for gas station business/Morgan Mobile @ 5901 S. Morgan, Chicago, Illinois) | | | | Unknown |

Sheet no. __25__ of __32__ sheets attached to Schedule of          Subtotal          | 9,674.00 |
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Do Young Kim,**
          **Houng Ju Kim**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx2028**<br><br>**Richard Schimmel**<br>**2900 W. Peterson**<br>**Chicago, IL 60625** | | J | **2010**<br>**collection matter: Gas Depot vs. CK Citgo and Kim Do under case #2010M1102028** | | | | **Unknown** |
| Account No. **xxxxxxxx0610**<br><br>**Rnb - Mflds**<br>**Po Box 9475**<br>**Minneapolis, MN 55440** | | J | Opened 10/21/00  Last Active 11/09/02<br>ChargeAccount | | | | 0.00 |
| Account No. **xxxxxxxx8510**<br><br>**Rnb - Mflds**<br>**Po Box 9475**<br>**Minneapolis, MN 55440** | | W | Opened  2/06/03  Last Active  3/20/03<br>ChargeAccount | | | | 0.00 |
| Account No. **xxxxxxx5210**<br><br>**Rnb - Mflds**<br>**Po Box 9475**<br>**Minneapolis, MN 55440** | | J | Opened 10/21/00  Last Active 10/28/01<br>ChargeAccount | | | | 0.00 |
| Account No. **xxxxxxx1810**<br><br>**Rnb - Mflds**<br>**Po Box 9475**<br>**Minneapolis, MN 55440** | | W | Opened  9/17/97  Last Active  9/01/97<br>ChargeAccount | | | | 0.00 |

Sheet no. __26__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Do Young Kim,**
　　　　**Houng Ju Kim**                                                                    Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxxx xx xx0830**<br><br>**Robert Dlugajczyk**<br>**100 W. Monroe #1401**<br>**Chicago, IL 60603** | | | | J | **2010**<br>**Jeffrey Fuels vs. Kim Do Young**<br>**case #2010 M1 710830**<br>**Back rent for food store business opertaing at 1800 E. 79th Street, Chicago, IL through corporate entity Obama Food Mart, Corp.** | | | | **Unknown** |
| Account No.<br><br>**Sam Ahmed**<br>**4337 W. Dobson**<br>**Skokie, IL 60076** | | | | J | **joint venture for operation of gas station business(es).** | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-5894**<br><br>**Sam's Club Discover**<br>**POB 960013**<br>**Orlando, FL 32896** | | | | J | **prior to 2011**<br>**charge card** | | | | **Unknown** |
| Account No. **xxxx2100**<br><br>**Settlement Services**<br>**1061 Main Street**<br>**Ste. 19**<br>**North Huntingdon, PA 15642** | | | | J | **2009**<br>**services** | | | | **Unknown** |
| Account No. **xxxx2100**<br><br>**Settlement Services**<br>**1061 Main Street**<br>**Building #2**<br>**North Huntingdon, PA 15642** | | | | J | **2009**<br>**services** | | | | **Unknown** |

Sheet no. __27__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Do Young Kim,**
       **Houng Ju Kim**
_____,
                                Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J C | | | | | | |
| Account No. | | | | | prior to 2011 collection matte for RBS Citizens Bank | | | | |
| Simon, Galasso & Frantz 111 E. Wacker Drive Ste. 2606 Chicago, IL 60601 | | | J | | | | | | Unknown |
| Account No. | | | | | 2010 services | | | | |
| SK Accounting 6116 N. Lincoln Chicago, IL 60659 | | | J | | | | | | 4,110.00 |
| Account No. xxxxxxxxx60-01 | | | | | 2006 Business loan for gas station food mart business/CK Citgo @ 6801 N. Cicero, Lincolnwood, Illinois County Court Case #: 09CH51028 | | | | |
| SomerCor 504 Inc. 601 S. LaSalle Ste. 510 Chicago, IL 60605 | | | J | | | | | | Unknown |
| Account No. xxxxx0195 | | | | | prior to 2011 phone serives | | | | |
| Sprint POB 4191 Carol Stream, IL 60197-4191 | | | J | | | | | | Unknown |
| Account No. xxxx1635 | | | | | 2009 collection matter for Dell Financial | | | | |
| SRA Associates 401 Minnetonka Rd. Hi Nella, NJ 08083 | | | J | | | | | | Unknown |

Sheet no. __28__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 4,110.00 |
| --- |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Do Young Kim,**
        **Houng Ju Kim**                                                Case No. _____
                                                            ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx #xx4000**<br><br>**Stahl Cowen Attorneys**<br>**55 W. Monroe**<br>**Ste. 1200**<br>**Chicago, IL 60603** | | J | **2008**<br>**commercial loan for Subway business operated at 6801 N. Cicero Ave., Lincolnwood, IL; through corporate entity K&H Investors Corporation. Commercial lenders Mutual Bank of Harvey and United Central Bank.** | | | | **Unknown** |
| Account No. **xxxx6069**<br><br>**State Collection Service, Inc.**<br>**POB 6250**<br>**Madison, WI 53716** | | J | **2009**<br>**collection matter** | | | | **Unknown** |
| Account No.<br><br>**Sullivan Hincks**<br>**120 W. 22nd St. #100**<br>**Oak Brook, IL 60523** | | J | **Zahdan Ahmad v. Kim Do Young;**<br>**2009-L-012607. Breach of store lease (2007, Inc.)for gas station food mart business at:**<br>**2005 N. Kickapoo, Lincoln, Illinois.** | | | | **Unknown** |
| Account No. **xxx2216**<br><br>**Sunrise Credit Services, Inc.**<br>**260 Airport Plaza**<br>**POB 9100**<br>**Farmingdale, NY 11735** | | J | **prior to 2011**<br>**collecton matter for BOA card #:4313077999604780** | | | | **Unknown** |
| Account No. **xxxxx7179**<br><br>**T-Mobile**<br>**POB 742596**<br>**Cincinnati, OH 45274** | | J | **2010**<br>**mobile service** | | | | **2,076.00** |

Sheet no. __29__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **2,076.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Do Young Kim,**
    **Houng Ju Kim**                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Teller Levit Silvertrust**<br>**11 E. Adams St.**<br>**8th Fl**<br>**Chicago, IL 60603** | | J | Dearborn Wholesale v. CK Citgo Inc., Kim Do Y; 2009-M1-121233 | | | | **Unknown** |
| Account No. **xxxxxxxxxxxx9389**<br><br>**Thd/Cbsd**<br>**Po Box 6497**<br>**Sioux Falls, SD 57117** | | H | Opened 3/17/07 Last Active 8/04/09 ChargeAccount | | | | **5,975.00** |
| Account No. **xxxxxxxxxxxx2007**<br><br>**Thd/Cbsd**<br>**Po Box 6497**<br>**Sioux Falls, SD 57117** | | H | Opened 6/25/06 Last Active 11/26/08 ChargeAccount | | | | **1,802.00** |
| Account No. **xxxxxxx4190**<br><br>**Tnb - Target**<br>**Po Box 673**<br>**Minneapolis, MN 55440** | | W | Opened 4/30/01 Last Active 6/22/01 ChargeAccount | | | | **0.00** |
| Account No.<br><br>**Town Mortgage Company**<br>**First Equity**<br>**700 Tower Drive, Ste. 110**<br>**Troy, MI 48098** | | J | prior to 2008 Commercial property located at: 11579 Highland Road, Hartland, MI.; Golf driving range. Debtor has not made any payments towards the indebtedness to creditor since 2008. Debtor has not received any notice of foreclosure. | | | | **Unknown** |

Sheet no. __30__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **7,777.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Do Young Kim,**
**Houng Ju Kim**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx-xxxxxx6071** | | | | See:  ABT Electronic & Appl Co. | | | | |
| Transworld Systems Inc. 1375 East Woodfield Rd Schaumburg, IL 60173 | | J | | | | | | **Unknown** |
| Account No. **xxxxxxxxxxxx3974** | | | | Opened  3/01/04  Last Active  9/24/10 ChargeAccount | | | | |
| U S Bank 101 5th St E Ste A Saint Paul, MN 55101 | | J | | | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-3974** | | | | prior to 2011 | | | | |
| US Bank POB 790084 Saint Louis, MO 63179 | | J | | | | | | **25,807.00** |
| Account No. **xxxxxxxxxxx / xxxxx5010** | | | | prior to 2010 SBA Loan for CK Citgo, Inc. gas station business. | | | | |
| US Department of the Treasury Debt Management Services Post Office Box 830794 Birmingham, AL 35283-0794 | | J | | | | | | **Unknown** |
| Account No. **xxxxxx5010** | | | | 2006 6801 N. Cicero, Lincolnwood, Illinois County Court Case #: 09CH51028 | | | | |
| US Small Business Administration 801 Tom Martin Drive Ste. 120 Birmingham, AL 35211 | | J | | | | | | **Unknown** |

Sheet no. __31__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**25,807.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Do Young Kim,**
    **Houng Ju Kim**
                                                 , 

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2175** <br><br> **Veolia** <br> **184 Shuman Blvd # 450** <br> **Naperville, IL 60563** | | J | **prior to 2011** <br> **service at CK Citgo** | | | | 120.00 |
| Account No. **xxxxxxxxxx0001** <br><br> **Verizon Wireless/Great** <br> **1515 Woodfield Rd Ste140** <br> **Schaumburg, IL 60173** | | H | **Opened 11/03/09  Last Active  1/01/10** <br> **Collection** | | | | 1,557.00 |
| Account No. **xx8330** <br><br> **Village of Lincolnwood** <br> **POB 1289** <br> **Bridgeview, IL 60455** | | J | **prior to 2010** <br> **utility bill for 6801 Cicero, Lincolnwood, IL** | | | | 353.00 |
| Account No. **xxxxxxxxxxxxxx6940** <br><br> **Webbank/Dfs** <br> **1 Dell Way** <br> **Round Rock, TX 78682** | | H | **Opened 11/27/07  Last Active  6/16/08** <br> **ChargeAccount** | | | | 678.00 |
| Account No. | | | | | | | |

Sheet no. __**32**__ of __**32**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 2,708.00 |
| Total (Report on Summary of Schedules) | 1,821,213.41 |

B6G (Official Form 6G) (12/07)

In re    **Do Young Kim,**                                          Case No. _____
         **Houng Ju Kim**

_____,
                            Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Jeffrey Fuels LLC**<br>**1864 Harvest Ln.**<br>**Glendale Heights, IL 60139** | **Commercial store lease for: 1800 E. 79th Street,**<br>**Chicago, IL.  Former location for debtors' food**<br>**mart business: Obama Food Mart, Corp.** |
| **WRB II Enterprises**<br>**c/o: Richard Jaffe**<br>**100 W. Monroe#1400**<br>**Chicago, IL 60603** | **Commercial store lease at: 5901 S. Morgan,**<br>**Chicago, Illinois.  Debtor operated a gasoline**<br>**station and minimart through corporate entity:**<br>**Morgan Mobile, Inc.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Do Young Kim,**                                          Case No. _____
       **Houng Ju Kim**
_____,
                       Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Do Young Kim**
**Houng Ju Kim**
_____
Debtor(s)

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son** | AGE(S):<br>**16** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Handyman** | **unemployed for 2 months** |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **300.00** | $ **0.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **300.00** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **0.00** | $ **0.00** |
| b. Insurance | $ **0.00** | $ **0.00** |
| c. Union dues | $ **0.00** | $ **0.00** |
| d. Other (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **300.00** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance<br>(Specify):   **unemployment benefits** | $ **0.00** | $ **540.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income<br>(Specify):   **Assistance from friends** | $ **500.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **500.00** | $ **540.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **800.00** | $ **540.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ **1,340.00** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor/husband does sparatic handyman type work. Income is inconsistent.**

**Debtor/wife was employed through March, 2011, earning approximately $1,300.00 per month.**

B6J (Official Form 6J) (12/07)

In re **Do Young Kim**
      **Houng Ju Kim**                                                                Case No. _____

_____
                Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,350.00 |
| a. Are real estate taxes included?                Yes ___        No **X** | | |
| b. Is property insurance included?                Yes ___        No **X** | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 60.00 |
|                    b. Water and sewer | $ | 0.00 |
|                    c. Telephone | $ | 50.00 |
|                    d. Other  **cellular phone** | $ | 50.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 350.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 20.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 45.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                    a. Homeowner's or renter's | $ | 0.00 |
|                    b. Life | $ | 0.00 |
|                    c. Health | $ | 0.00 |
|                    d. Auto | $ | 0.00 |
|                    e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|                    (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                    a. Auto | $ | 0.00 |
|                    b. Other | $ | 0.00 |
|                    c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **Haircuts/grooming** | $ | 10.00 |
|      Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 1,935.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
     **Rental expense reflects debtor/wife's monthly amount.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 1,340.00 |
| b.   Average monthly expenses from Line 18 above | $ | 1,935.00 |
| c.   Monthly net income (a. minus b.) | $ | -595.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Do Young Kim**
**Houng Ju Kim**
_____    Case No. _____
                                    Debtor(s)    Chapter    **7**    _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **48**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **May 13, 2011**                    Signature    **/s/ Do Young Kim**
                                                **Do Young Kim**
                                                Debtor

Date    **May 13, 2011**                    Signature    **/s/ Houng Ju Kim**
                                                **Houng Ju Kim**
                                                Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Do Young Kim**
**Houng Ju Kim**
_____    Case No. _____
Debtor(s)    Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $741.00 | **2010: Husband** |
| $564.00 | **2009: Husband** |
| $5,000.00 | **2010: Wife** |
| $19,047.00 | **2009: Wife** |
| $1,200.00 | **2011 YTD: Husband Handyman** |
| $2,700.00 | **2011 YTD: Wife unemployment benefit** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **National Republic  vs. Do Kim and Huong Kim Case #:2009CH51028 property at: 6801 N. Cicero, Lincolnwood, IL 60712** | **foreclosure suit** | **Clerk of the Circuit Court Cook County, Illinois** | **pending** |
| **Cash Depot vs. Ck Citgo under case #:2008M1001100** | **collection** | **Clerk of the Circuit Court Cook County, Illinois** | **Pending** |
| **Tony W. Kim and Katie Y. Kim  v.  Do Young Kim Case No. 10L9485** | **Breach of Contract** | **Clerk of the Circuit Court, Richard J. Daley Center, 50 W. Washington, Rm. 1904, Chicago, IL 60602** | **Pending** |

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **United Central Bank vs. K&H Investros Corp. case #10M1176699** | **lawsuit: breach of contract** | **Clerk of the Circuit Court Cook County, Illinois** | **pending** |
| **WRB II Enterprises vs. Morgan Mobil Inc lawsuit under case #2010M1 714812** | **collection lawsuit** | **Clerk of the Circuit Court Cook County, Illinois** | **Judgment** |
| **Jeffrey Fuels vs. Kim Do Young case #2010 M1 710830** | **collection lawsuit** | **Clerk of the Circuit Court** | **pending** |
| **Gas Depot vs. CK Citgo and Kim Do case #2010M1102028** | **collection** | **Clerk of the Circuit Court Cook County, Illinois** | **pending** |
| **WRB II Enterprises, Inc. vs. Do Young Kim case #: 2010L009533 (breach of contract/store lease @ 5901 S. Morgan, Chicago, Illinois)** | **lawsuit** | **Clerk of the Circuit Court Cook County, Illinois** | **pending** |
| **CitiMortgage Inc. v. Kim Do T.; Case No. 2008-CH-17403** | **foreclosure** | **Clerk of the Circuit Court Cook County, Illinois** | **order of possession** |
| **Bank of America v. Kim Do H; Case No. 2008-CH-13775** | **forclosure** | **Clerk of the Circuit Court Cook County, Illinois** | **Order of Possession** |
| **Habitat Company v. Kim Do; 2008-M1-719463** | **collection** | **Clerk of the Circuit Court Cook County, Illinois** | **pending** |
| **Discover Bank v. Kim Do H.; Case No. 2008-M1-198892** | **collection** | **Clerk of the Circuit Court Cook County, Illinois** | **Judgment** |
| **Dearborn Wholesale v. Ck Citgo Inc.,; Case No. 2009-M1-121233** | **collection** | **Clerk of the Circuit Court Cook County, Illinois** | **Judgment** |
| **State Farm Mutual v. Kim Do; Case No. 2009-M1-021213** | **collection** | **Clerk of the Circuit Court Cook County, Illinois** | **Judgment** |
| **Midland Funding v. Do Kim; Case No. 2010-M1-137607** | **collection** | **Clerk of the Circuit Court Cook County, Illinois** | **Dismissed Without Prejudice** |
| **Fuels Jeffrey v. Obamba Food Mart; Case No. 2010-M1-710830** | **collection** | **Clerk of the Circuit Court Cook County, Illinois** | **Dismiss for Want of Prosecution** |
| **Zahdan Ahmad v. Kim Do Young; Case No. 2009-L012607** | **collection** | **Clerk of the Circuit Court Cook County, Illinois** | **pending** |
| **Tony Kim vs. CK Citgo, Inc., Kim Do Young case #2011L004641** | **Breach of Contract** | **Clerk of the Circuit Court Cook County, Illinois** | **pending** |
| **City of Chicago** | **2011** | **City of Chicago, Department of Business** | **pending** |
| **Meridain Condominum vs. Kim Do Case #2009M1707677** | **collection** | **Clerk of the Circuit Court Cook County, Illinois** | **pending** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **National Republic Bank of Chicago**<br>**1201 W. Harrison St.**<br>**Elmwood Park, IL 60707** | **2009** | **6801 N. Cicero, Lincolnwood, IL 60645. County Court Case #: 09CH51028** |

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **C. DEAN MATSAS & ASSOCIATES 5153 N. BROADWAY CHICAGO, IL 60640** | | **$3,201.00** |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **United Central Bank Chicago, IL** | | **Closed in 8/2010 with a zero balance.** |
| **Citibank Chicago, IL** | | **Closed in 2/2011 with a $95.00 balance.** |

**12. Safe deposit boxes**

None ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Foster Bank Chicago, IL** | | **Important documents, i.e., birth certificates and passports.** | |

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **966 Kensington, Northbrook, Illinois** | **Do Young Kim** **Houng Ju Kim** **Houng J. Kim** | **8/2006-9/2009** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

7

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT           DOCKET NUMBER          STATUS OR DISPOSITION

---

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **2007, Inc.** | **113782690** | **2005 N. Kickapoo Lincoln, IL 62656** | **Gas station food mart** | **closed in February, 2009.** |
| **Obama Food Mart** | **80-0425080** | **1800 E. 79th Street Chicago, IL** | **Gas station food mart** | **closed in April, 2010** |
| **Morgan Mobile, Inc.** | **86-1115178** | **5901 S. Morgan Chicago, IL** | **Gas station food mart** | **Closed in July, 2010** |
| **Ck Citgo, Inc.** | **51-0587761** | **6801 N. Cicero Lincolnwood, IL** | **Gas station food mart** | **Closed in November, 2009** |
| **K&H Investor Corp.** | **51-0587761** | | | **closed 2008** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                  ADDRESS

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

     *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

8

NAME AND ADDRESS

**Ajai Agnihotri & Tax Consulting, Inc.**
**2723 W. Devon**
**Chicago, IL 60659**

**Tax Care Accounting**
**4433 Touhy Ave.**
**Lincolnwood, IL 60712**

DATES SERVICES RENDERED

**General tax preparation for Debtors'**
**personal and business.**

**General tax preparation for Debtors'**
**personal and business.**

None
■     b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                                    DATES SERVICES RENDERED

None
■     c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
of the debtor. If any of the books of account and records are not available, explain.

NAME                                                        ADDRESS

None
■     d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                      DATE ISSUED

**20. Inventories**

None
■     a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
and the dollar amount and basis of each inventory.

DATE OF INVENTORY             INVENTORY SUPERVISOR                DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None
■     b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                             NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None
■     a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                         NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None
■     b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                         TITLE                           NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None
■     a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
commencement of this case.

NAME                          ADDRESS                                    DATE OF WITHDRAWAL

9

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **May 13, 2011**

Signature  **/s/ Do Young Kim**
**Do Young Kim**
Debtor

Date  **May 13, 2011**

Signature  **/s/ Houng Ju Kim**
**Houng Ju Kim**
Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Do Young Kim**
**Houng Ju Kim**                                         Case No.

                                              Debtor(s)       Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Toyota Motor Credit Co** | **Describe Property Securing Debt:**<br>**2005 Lexus RX330**<br>**approx. 111,000 miles** |

Property will be (check one):
- ■ Surrendered                      ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                              Page 2

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Vw Credit Inc** | **Describe Property Securing Debt:**<br>**2006 Landrover vehicle**<br>**approximately 28,500 miles** |

Property will be (check one):
- ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Lessor's Name:**<br>**Jeffrey Fuels LLC** | **Describe Leased Property:**<br>**Commercial store lease for: 1800 E. 79th Street, Chicago, IL.  Former location for debtors' food mart business: Obama Food Mart, Corp.** |

Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):
□ YES   ■ NO

| Property No. 2 | |
|---|---|
| **Lessor's Name:**<br>**WRB II Enterprises** | **Describe Leased Property:**<br>**Commercial store lease at: 5901 S. Morgan, Chicago, Illinois.  Debtor operated a gasoline station and minimart through corporate entity: Morgan Mobile, Inc.** |

Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):
□ YES   ■ NO

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  __**May 13, 2011**_____          Signature  __**/s/ Do Young Kim**_____
                                                                      **Do Young Kim**
                                                                      Debtor

Date  __**May 13, 2011**_____          Signature  __**/s/ Houng Ju Kim**_____
                                                                      **Houng Ju Kim**
                                                                      Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re **Do Young Kim**
**Houng Ju Kim**

Case No. _____

Debtor(s)

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,201.00 |
| Prior to the filing of this statement I have received | $ | 3,201.00 |
| Balance Due | $ | 0.00 |

2.   $ **299.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **May 13, 2011**

**/s/ C. DEAN MATSAS**
**C. DEAN MATSAS**
**C. DEAN MATSAS & ASSOCIATES**
**5153 N. BROADWAY**
**CHICAGO, IL 60640**
**773-907-9600  Fax: 773-907-9609**
**CDMATSAS@MATSASLAW.COM**

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy
Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes
briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of
bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General
may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an
attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that
you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in
your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists
the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed
from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse
receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy
relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and
provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The
briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be
provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The
clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a
joint case must complete the briefing.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management
instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management
instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose
debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to
proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases,
the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court
dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take
possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have
committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the
purpose for which you filed the bankruptcy petition will be defeated.
Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be
responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement
obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your
bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated
from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and
malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee,
### $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Do Young Kim** 
**Houng Ju Kim**

Debtor(s)

Case No.

Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Do Young Kim**
**Houng Ju Kim**

Printed Name(s) of Debtor(s)

X **/s/ Do Young Kim**                    **May 13, 2011**

Signature of Debtor                    Date

Case No. (if known) _____

X **/s/ Houng Ju Kim**                    **May 13, 2011**

Signature of Joint Debtor (if any)            Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Do Young Kim**
**Houng Ju Kim**

Case No.

Debtor(s)

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **145**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **May 13, 2011**                          **/s/ Do Young Kim**

**Do Young Kim**
Signature of Debtor

Date:  **May 13, 2011**                          **/s/ Houng Ju Kim**

**Houng Ju Kim**
Signature of Debtor

.

.

1st Data
4000 Coral Ridge Drive
Coral Springs, FL 33065


ABT
1200 N. Milwaukee Ave.
Glenview, IL 60025


ACB American, Inc.
POB 177
Cincinnati, OH 45201


Accord Creditor Services
PoB 1002
Newnan, GA 30271


Accounts Receivable Management
POB 561
Thorofare, NJ 08086


Amex
Po Box 297871
Fort Lauderdale, FL 33329


Andrew E. Meisner, Treasurer
1200 N. Telegraph Rd, Bldg 12 E Dep
Pontiac, MI 48341


Angela Kwan
Attorney at Law
1051 Perimeter Drive, #400
Schaumburg, IL 60173


At & T Mobility
POB 6416
Carol Stream, IL 60197


Axis Capital Inc
Department 1685
Denver, CO 80291

Baker & Miller, P.C.
29 N. Wacker Drive
5th Fl
Chicago, IL 60606


Bank Of America
Po Box 17054
Wilmington, DE 19850


Bank Of America
PoB 851001
Dallas, TX 75285


Bank Of America
Po Box 15311
Wilmington, DE 19884


Best Buy Co
Retail Services
POB 17298
Baltimore, MD 21297


BLATT, HASENMILLER, LEIBSKER & MOOR
125 S. WACKER DRIVE
SUITE 400
CHICAGO, IL 60606


Blitt and Gaines, P.C.
661 Glenn Ave.
Wheeling, IL 60090


Bureau of Weights & Measures
801 E. Sangamon Ave.
POB 19281, State Fairgrounds
Springfield, IL 62702


Burke & White
5330 Main St., Ste. 200
Downers Grove, IL 60515


CAC Financial Corp
2601 NW Expressway
Ste. 1000E
Oklahoma City, OK 73112

Cach Llc
370 17th St Ste 5000
Denver, CO 80202


Cap One
Po Box 85520
Richmond, VA 23285


Cap One
Po Box 85015
Richmond, VA 23285


Cary G. Schiff and Assoc.
134 N. LaSalle #712
Chicago, IL 60602


Cbusasears
133200 Smith Rd
Cleveland, OH 44130


Certegy
POB 30046
Tampa, FL 33630


Charter One
POB 7092
Bridgeport, CT 06601


Charter One
1215 Superior
Cleveland, OH 44114


Charter One Card Services
POB 42010
Providence, RI 02940


Chase
P.O. Box 100511
Florence, SC 29502


Chase
Po Box 15298
Wilmington, DE 19850

Chase
Equity Loan Servicing
POB 24714
Columbus, OH 43224


Chicago Department of Revenue
c/o Linebarger Goggan Blair
POB 06152
Chicago, IL 60606-0152


Citi
POB 6926
The Lakes, NV 88901


Citizens Bank
1 Citizens Dr
Riverside, RI 02915


City of Chicago
Department of Revenue
POB 88292
Chicago, IL 60680


City of Chicago
Department of Business Affairs
City Hall Room, 121 N. LaSalle, Rm
Chicago, IL 60602


CITY OF CHICAGO DEPARTMENT OF REV
POB 805030
CHICAGO, IL 60660


City of Novi
16695 Collection Center Dr.
Chicago, IL 60693


Client Services, Inc.
3451 Harry Truman Blvd.
Saint Charles, MO 63301


Comcast
POB 3002
Southeastern, PA 19398

```
Cook County Collector
Cook County Department of Revenue
POB 641547
Chicago, IL 60664


Cook County State's Attorney's
Bad Check Restitution Program
POB A3984
Chicago, IL 60690


Cook County Treasurer
POB 4488
Carol Stream, IL 60197


Corporation Counsel
Rachel Berger
30 N. LaSalle St.
Chicago, IL 60602


Costco Corporation
POB 34331
Seattle, WA 98124


David L. Cwik
6968 W. North Avenue
Elmwood Park, IL 60707


Dell Financial Services
POB 81577
Austin, TX 78708-1577


Department of Revenue
Environmental Control
POB 641547
Chicago, IL 60664


Direct Rewards
POB 17313
Baltimore, MD 21297


Diversified Adjustment
600 Coon Rapids Blvd Nw
Coon Rapids, MN 55433
```

Dte Energy
1 Energy Plz # Wcb2106
Detroit, MI 48226


Fia Card Services
POB 15646
Wilmington, DE 19850-5646


Fia Csna
Po Box 17054
Wilmington, DE 19850


First Data Global Leasing
POB 173845
Denver, CO 80217


First National Credit Card
POB 5097
Sioux Falls, SD 57117


GE Capital Financial Inc./Sams Club
POB 960016
Orlando, FL 32896


Ge Money Bank
POB 981064
El Paso, TX 79998


GE Money Bank/Sam's Club Discover
POB 960013
Orlando, FL 32896


Gemb/Dsgi
Po Box 1400
El Paso, TX 79948


Gemb/Sams Club Dc
Po Box 981400
El Paso, TX 79998


Gryll Charles R
6703 N. Cicero
Lincolnwood, IL 60646

Harvard Collection
4839 N Elston Ave
Chicago, IL 60630


Hauselman Martin F.
39 S. LaSalle
Chicago, IL 60603


Henry Rashid
4337 W. Dobson
Skokie, IL 60076


Home Depot Credit Services
PO Box 6926
The Lakes, NV 88901-6926


Home Depot Services
Processing Center
DES MOINES, IA 50364


Hope Whitfield/Stahl Cowen Crowley
55 W. Monroe
Ste. 1200
Chicago, IL 60603


Houng Sook Kim
POB 409496
Chicago, IL 60640


Hsbc Bank
Po Box 19360
Portland, OR 97280


Hsbc Bank
Po Box 5253
Carol Stream, IL 60197


Hsbc/Bsbuy
Po Box 17298
Baltimore, MD 21297


Hsbc/Mnrds
90 Christiana Rd
New Castle, DE 19720

Hsbc/Mnrds
PO Box 17602
Baltimore, MD 21297-1602


Hsbc/Paris
Po Box 15521
Wilmington, DE 19805


Hsbc/Saks
140 W Industrial Dr
Elmhurst, IL 60126


IC System, Inc.
POB 64886
Saint Paul, MN 55164


IC System, Inc.
POB 64794
Saint Paul, MN 55164


ILLINOIS DEPARTMENT OF REVENUE
POB 64449
CHICAGO, IL 60664


Illinois Department of Revenue
POB 19035
Springfield, IL 62794


Illinois State Lottery
PO Box 19049
Springfield, IL 62794


Integrity Financial Partners, Inc.
P.O. Box 11530
Overland Park, KS 66207-4230


Iowa Department of Revenue
POB 10471
Des Moines, IA 50306


Jacobsons Stores Inc
3333 Sargent Rd
Jackson, MI 49201

Jeffrey Fuels LLC
1864 Harvest Ln.
Glendale Heights, IL 60139


Jetro Restaurant Depot
1030 W. Division
Chicago, IL 60642


John Buczyna, Esq.
1515 E. Woodfield Rd.
Schaumburg, IL 60173


Katie Kim
Tony Kim
1119 Midway Road
Northbrook, IL 60062


Keough & Moody P.C.
1250 E. Diehl Rd. #405
Naperville, IL 60563


Keynote Consulting Inc.
220 W. Campus Dr.
Ste. 102
Arlington Heights, IL 60004


Legacy Visa
POB 2677
Omaha, NE 68103


LINEBARGER GOGGAN BLAIR & SAMPSON
P.O. BOX 06152
CHICAGO, IL 60606-0152


LTD Financial Services
7322 Southwest Freeway
Ste. 1600
Houston, TX 77074


Makenna Kali & Associa
6115 E Grand Rd
Tucson, AZ 85712

Mcydsnb
9111 Duke Blvd
Mason, OH 45040


Monarch Recovery Management, Inc.
10965 Decatur Road
Philadelphia, PA 19154


Mr. & Mrs. Jong Ki Choi
8334 N. Newland
Niles, IL 60714


Mr. and Mrs. Hong A. Kim
3627 Salem Walk
Unit A1
Northbrook, IL 60062


National Republic Bank of Chicago
1201 W. Harrison St.
Elmwood Park, IL 60707


Nationwide Credit, Inc.
PO Box 26314
Lehigh Valley, PA 18002-6314


Nbgl-Saks
Po Box 10327
Jackson, MS 39289


Nelson, Watson & Associates
POB 1299
Haverhill, MA 01831


Nicor Gas
1844 Ferry Road
Naperville, IL 60563


NuCo
POB 9011
Stuart, FL 34995


Odea James M.
10707 W. 159th St.
Orland Park, IL 60467

Oxford Management Services
POB 1991
Southgate, MI 48195


Patrick Purcell
1653 York
Lake Forest, IL 60045


Pentagroup Financial, LLC
POB 742209
Houston, TX 77274


Rbs Citizens Na
1000 Lafayette Blvd
Bridgeport, CT 06604


Receivables Performance Management
PO Box 1548
Lynnwood, WA 98046-1548


Richard Jaffe
100 W. Monroe#714
Chicago, IL 60603


Richard Schimmel
2900 W. Peterson
Chicago, IL 60625


Rnb - Mflds
Po Box 9475
Minneapolis, MN 55440


Robert Dlugajczyk
100 W. Monroe #1401
Chicago, IL 60603


Sam Ahmed
4337 W. Dobson
Skokie, IL 60076


Sam's Club Discover
POB 960013
Orlando, FL 32896

Settlement Services
1061 Main Street
Ste. 19
North Huntingdon, PA 15642


Settlement Services
1061 Main Street
Building #2
North Huntingdon, PA 15642


Simon, Galasso & Frantz
111 E. Wacker Drive
Ste. 2606
Chicago, IL 60601


SK Accounting
6116 N. Lincoln
Chicago, IL 60659


SomerCor 504 Inc.
601 S. LaSalle
Ste. 510
Chicago, IL 60605


Sprint
POB 4191
Carol Stream, IL 60197-4191


SRA Associates
401 Minnetonka Rd.
Hi Nella, NJ 08083


Stahl Cowen Attorneys
55 W. Monroe
Ste. 1200
Chicago, IL 60603


State Collection Service, Inc.
POB 6250
Madison, WI 53716


Sullivan Hincks
120 W. 22nd St. #100
Oak Brook, IL 60523

Sunrise Credit Services, Inc.
260 Airport Plaza
POB 9100
Farmingdale, NY 11735


T-Mobile
POB 742596
Cincinnati, OH 45274


Teller Levit Silvertrust
11 E. Adams St.
8th Fl
Chicago, IL 60603


Thd/Cbsd
Po Box 6497
Sioux Falls, SD 57117


Tnb - Target
Po Box 673
Minneapolis, MN 55440


Town Mortgage Company
First Equity
700 Tower Drive, Ste. 110
Troy, MI 48098


Toyota Motor Credit Co
19500 Victor Pkwy Ste 40
Livonia, MI 48152


Transworld Systems Inc.
1375 East Woodfield Rd
Schaumburg, IL 60173


U S Bank
101 5th St E Ste A
Saint Paul, MN 55101


US Bank
POB 790084
Saint Louis, MO 63179

US Department of the Treasury
Debt Management Services
Post Office Box 830794
Birmingham, AL 35283-0794


US Small Business Administration
801 Tom Martin Drive
Ste. 120
Birmingham, AL 35211


Veolia
184 Shuman Blvd # 450
Naperville, IL 60563


Verizon Wireless/Great
1515 Woodfield Rd Ste140
Schaumburg, IL 60173


Village of Lincolnwood
POB 1289
Bridgeview, IL 60455


Vw Credit Inc
1401 Franklin Blvd
Libertyville, IL 60048


Webbank/Dfs
1 Dell Way
Round Rock, TX 78682


WRB II Enterprises
c/o: Richard Jaffe
100 W. Monroe#1400
Chicago, IL 60603